1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name FERGUSON  Andre'  M
   (Last)         (First)        (Initial)

Prisoner Number  2344489

Institutional Address  COUNTY JAIL # 5 · P.O.
BOX 67 · SAN BRUNO · CA - 94066

==========================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Andre' M · Ferguson
(Enter the full name of plaintiff in this action.)

    vs.                                Case No.  CV 08  0951
                                       (To be provided by the clerk of court)
D·A· Ms· K· Harris
Judge - Curtis A· Karnow             **COMPLAINT UNDER THE (PR)
                                       CIVIL RIGHTS ACT,
                                       42 U.S.C §§ 1983**

(Enter the full name of the defendant(s) in this action)

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  **Exhaustion of Administrative Remedies**

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  San Francisco County Jail

   B.  Is there a grievance procedure in this institution?
       YES (X)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES ( )    NO (X)

   D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                        - 1 -

|   |   |   |
|---|---|---|
| 1 |   | appeal at each level of review. If you did not pursue a certain level of appeal, |
| 2 |   | explain why. |
| 3 |   | 1. Informal appeal **THIS Petition does Not** |
| 4 |   | **WARRANT Administrative Review** |
| 5 |   | _____ 2. First |
| 6 |   | formal level ____ **NA** ____ |

3. Second formal level ____ **NA** ____

_____ 4 Third formal level ____ **NA** ____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. **THIS Petition does not WARRANT Administrative Review**

II. Parties

    A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**Andre' Ferguson ' County Jail # 5 '**
**P.O. Box 67 ' San Bruno ' CA. 94066**

    B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT               - 2 -

1         place of employment.

2 District Attorney — Kamala Harris

3 Hall of Justice  850 Bryant Street, San Francisco,

4 CA - 94103

5 Judge - Curtis A. Karnow — Hall of Justice,

6 850 Bryant Street, San Francisco, CA - 94103    III.

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each

9 defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12 I was arrested on Nov. 27th, 2007. Held in custody.

13 Then taken to arraignment on Dec. 6th, 2007 in Dept. #9

14 in front of Judge Curtis A. Karnow. I explained to

15 him that this is a illegal practice because my

16 arraignment was "7" days late. That this violated my

17 5th and 14th Amendment Rights which guarantee

18 due process. Ms. Kamala Harris is the District

19 Attorney in this illegal practice of holding

20 defendants past the 48 hours prescribed by the

21 California Penal Code for arraignment if the

22 defendant is in custody. I have sent several

23 writs of Habeas Corpus asking for a dismissal

24 of accusatory pleadings

25 IV.    Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28

COMPLAINT         - 3 -

1  I am asking for $999.99/100 per day for each day of
2  this unlawful detention from each defendant in
3  this matter. I am being held here unlawfully
4  since Nov. 27. 2007. I am suffering extreme
5  hardships from such a unlawful detention
6  this is very stressful... etc. etc

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this  30  day of  JAN  , 20 08

11  *Mr. Andre Ferguson*
12  (Plaintiff's signature)

COMPLAINT                              - 4 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.   **Non-habeas Civil Actions**

Effective February 2, 2005, the filing fee for any civil action other than a habeas is $250.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $250.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.   **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $250.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 2/05)

V.   **After Complaint Is Filed**

You will be notified as soon as the court issues any order in your case. It is your responsibility to keep the court informed of any changes of address to ensure you receive court orders. Failure to so do may result in dismissal of your action.

VI.  **Repeat Filers**

If you are seeking leave to proceed in forma pauperis and, while incarcerated or detained, you have filed §§ 1983 actions on three or more prior occasions which were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, you may not file a new §§ 1983 action unless you are under imminent danger of serious physical injury. 28 U.S.C. §§ 1915(g).

VII. **Inquiries and Copying Requests**

Because of the large volume of cases filed by inmates in this court and very limited court resources, the court can no longer answer questions concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

PrisonerCiv2-05.wpd (Rev. 2/05)                    - 2 -

MR. Andre M. Ferguson #2344489
County Jail #5
P.O. Box 67
San Bruno, California
(zip code) → 94066

08 FEB 12 PM 1:16

RICH...
CLERK, U... ...RICT COURT
NORTHERN D... ...CT OF CALIFORNIA

(Pro Se)

To: Clerk of The United States District Court
For The Northern District of California
450 - Golden Gate Avenue
Box 36060
San Francisco, California
(zip code) → 94102



USA 41