FILED
FEB 14 2008
CLERK ... W. WIEKING
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

MMC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MR. Andre' M. Ferguson, Plaintiff,

vs.

D.A. MS. K. Harris
Judge Curtis A. Karnow, Defendant.

CASE NO. CV 08 0951 (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

**E-filing**

I, Andre' M. Ferguson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NA    Net: NA

Employer: NA

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____ NA _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.   Business, Profession or                    Yes ___  No _X_
10       self employment
11  b.   Income from stocks, bonds,                 Yes ___  No _X_
12       or royalties?
13  c.   Rent payments?                             Yes ___  No _X_
14  d.   Pensions, annuities, or                    Yes ___  No _X_
15       life insurance payments?
16  e.   Federal or State welfare payments,         Yes _X_  No ___
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  COUNTY OF SAN FRANCISCO - A WELFARE PROGRAM
22  called "P'A'E'S IT PAY A TOTAL of 422.00 PER MONTH)

23  3.   Are you married?                           Yes ___  No _X_
24  Spouse's Full Name: _____ NA _____
25  Spouse's Place of Employment: _____ NA _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ 0 _____   Net $_____ 0 _____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____NA_____
6  _____NA_____
7  5.   Do you own or are you buying a home?       Yes ___ No _X_
8  Estimated Market Value: $___NA___ Amount of Mortgage: $___NA___
9  6.   Do you own an automobile?                  Yes ___ No _X_
10 Make ___NA___ Year ___NA___ Model ___NA___
11 Is it financed? Yes ___ No _X_ If so, Total due: $ ___NA___
12 Monthly Payment: $ ___NA___
13 7.   Do you have a bank account?   Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___NA___
15 _____NA_____
16 Present balance(s): $ ___NA___
17 Do you own any cash? Yes _X_ No ___ Amount: $ _$1.12_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ ___0___                       Utilities: ___0___
23 Food: $ ___0___                       Clothing: ___0___
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____   $ _____   $ _____
27 _____NA_____       $ _____NA_____        $ _____NA_____
28 _____   $ _____   $ _____  9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ NA _____
_____ NA _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✗ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

FERGUSON -V- WEEKS ETC - EL AT 501 "I" STREET 'SACRAMENTO' CA. 95814

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-30-08                       Mr. Andre Ferguson
DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __ANDRE' FERGUSON__ for the last six months at

[prisoner name]

__SAN FRANCISCO COUNTY JAIL__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __35.46__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__18.35__.

Dated: __1-30-08__    _____

[Authorized officer of the institution]

- 5 -

Date : 01/30/2008
## Account Activity Ledger
Time : 12:02

From : 11/27/2007   To : 01/30/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 2344489 | **Name** FERGUSON, ANDRE | | **Block** | | | | **Previous Balance** | | 0.00 |
| Initial Entry | 11/27/2007 | 21:57 | B#249817 | 756982 | D | | 0.00 | | 0.00 |
| INTAKE | 11/27/2007 | 21:57 | B#249818 | 756984 | D | | 70.91 | | 70.91 |
| PROPERTY RELEASE | 11/29/2007 | 11:15 | B#250207 | 757967 | W | | | -70.19 | 0.72 |
| Sales Transaction | 12/27/2007 | 10:10 | I#283961 | | I | 0.47 | | | 0.25 |

**Deposits**   2   For $   70.91
**Withdraws**   1   For $   -70.19
**Invoices**   1   For $   0.47