Office of The CLERK
U.S. District Court

Question Although I have dismissed my complaint against Judge Curtis A. Karnow... Can I file another against him along with the District Attorney Kamala Harris?? Please Let me know...

Respectfully submitted by

Mr. Andre M. Ferguson #234489

2/23/2008

C 08-951 MMC

[signature]

RECEIVED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



MR. Andre Ferguson #2344489
County Jail # San Francisco CA 94
P.O. Box 67
San Bruno, California
(zipcode) 94066

To: Office of the Clerk, U.S.
District Court
450 - Golden Gate Avenue
San Francisco, Cali 94102