1  Mr. Andre' M. Ferguson
   **Name and Address**
2  1155 Ellis Street Apt # B204
3  San Francisco, CA. 94109

FILED
08 AUG 18 AM 9:07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mr. Andre' M. Ferguson )
**Plaintiff / Petitioner** )
                         )
vs.                      )
Ms. K. Harris D.A        )
Curtis A. Karnow Judge   )
                         )
**Defendant / Respondent** )

Case No. CV 08-0951 mmc

Document Name:

CHANGE of Address

To: Mr. Andre' Ferguson
1155 Ellis St. Apt # B204
San Francisco, CA. 94109

AUGUST 16TH 2008

TO: UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA

RE: TO REQUEST COURTS TO
LIFT STAY

I WAS SENTENCED TO CREDIT FOR
TIME SERVED AND FOURS OF PROBATION
ON AUGUST 1ST 2008

I NOW RESIDE AT MY MOTHERS
ADDRESS WHICH IS

MR. ANDRE' M. FERGUSON
1155 ELLIS STREET APT B204
SAN FRANCISCO, CA. 94109
PHONE NUMBER
(415) 931-7631

Respectfully Submitted by
Mr. Andre Ferguson