1 ANDRE FERGUSON
In Pro Se
2 c/o Prisoner Legal Services
555 7th Street, Suite 201
3 San Francisco, CA 94103

FILED
08 AUG 18 AM 9:08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE FERGUSON, | Case No.: CV 08-0951 MMC |
| Plaintiff, | MOTION TO LIFT STAY OF PROCEEDINGS AND OPEN CASE |
| vs. | |
| Ms. K. HARRIS, D.A., CURTIS KARNOW, Judge, | |
| Defendants. | |

Plaintiff Andre Ferguson hereby requests that the court lift the stay of proceedings ordered on April 30, 2008.

I.

**ARGUMENT**

A. XXXXXXXXXXXXXX
B. XXXXXXXXXXXXXX

Dated this 18 day of August, 2008.

ANDRE FERGUSON
In Pro Se

Mr. Andre Ferguson