IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE M. FERGUSON,

                                    No. CV-08-0951  MMC (PR)

        Plaintiff,

  v.                              **JUDGMENT IN A CIVIL CASE**

Ms. K. HARRIS, D.A., CURTIS KARNOW,
Judge,

        Defendants.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED without prejudice.

Dated: February 7, 2011                 Richard W. Wieking, Clerk

                                     *Tracy Lucero*

                               By: <u>Tracy Lucero</u>
                               <u>Deputy Clerk</u>